# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 25-1590

———————————————

United States of America

*Plaintiff - Appellee*

v.

Fabio Murillo Sanchez

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: June 3, 2026
Filed: June 12, 2026
[Unpublished]

——————————

Before LOKEN, SMITH, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Fabio Sanchez appeals the sentence imposed by the district court[1] after he pleaded guilty to a child pornography offense, pursuant to a written plea agreement

———————————————

[1]The Honorable Stephen R. Clark, Chief Judge, United States District Court for the Eastern District of Missouri.

containing an appeal waiver. His counsel has moved for leave to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable and challenging a condition of supervised release. Sanchez has not filed a pro se brief.

Upon careful review, we conclude the appeal waiver is enforceable, and applicable to the issues raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (standard of review); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing appeal waiver would not result in miscarriage of justice). We have also independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw and dismiss the appeal.

_____